Cornelius v. Thompson.

M. J. CORNELIUS V. B. F. THOMPSON AND OTHERS.

| 27 | 31 |
| 75 | 150 |

Defendants in error having filed in the appellate court a remittitur of twenty dollars and eighty-five cents, and interest thereon from the time the same was alleged to have been due until the rendition of judgment in the court below, it was ordered that the clerk of the appellate court ascertain the amount of the interest on the sum of twenty-two dollars and eighty-five cents, and enter judgment for the amount recovered below, less the amount remitted, at the costs of defendants in error.

ERROR from Rusk. Tried below before the Hon. C. A. Frazer.

Suit by Benjamin F. Thompson and Taylor Brown, defendants in error, against Maria J. Cornelius, guardian of Thomas J. Cornelius, alleging that plaintiff and the said Thomas J. Cornelius made and delivered to one James H. Griffis, executor of the estate of Daniel Rowe, deceased, their joint and several promissory note ; that plaintiffs were the sureties upon said note ; that Thomas J. Cornelius was the principal ; that Griffis brought suit against makers ; dismissed as to Thomas J. Cornelius ; obtained judgment against plaintiffs, and recovered the amount and costs of suit from the plaintiffs under the execution, and the plaintiffs sued to recover of Maria J. Cornelius, guardian of Thomas J. Cornelius, who had become a lunatic, the amount and costs thus recovered of them in the first suit, and obtained judgment against Maria J. Cornelius, as guardian, for both judgment and costs—the latter being twenty dollars and eighty-five cents, inclusive of interest. The defendants in error filed in the appellate court a remittitur of that amount, and the interest thereon from the date of the rendition of the judgment in favor of Griffis.

*Armstrong & Parsons*, for plaintiffs in error.

*N. G. Baylor & W. Stedman*, for defendants in error.

BELL, J.—There is filed with the record, by the defendants in error, a remittitur of the sum of twenty-two dollars and eighty-five cents, and the interest thereon from the time of the rendition

of the judgment in the case of Griffis against Brown & Thompson, to the time of the rendition of the judgment in the present case.

The clerk of this court will ascertain the amount of the interest on the sum of twenty-two dollars and eighty-five cents, and enter judgment for the amount recovered below, less the amount remitted in conformity with the remittitur on file.

There is no other error in the judgment of the court below than the excess; but the judgment must be reformed at the costs of the defendants in error.

Judgment reformed.